Submitted on record and briefs June 16; resubmitted En Banc July 8, affirmed July 22, petition for review denied November 24, 1998 (328 Or 40)

ROBERT G. MERRILL,
*Appellant,*

*v.*

Dan JOHNSON,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

(97-05-28770M; CA A99905)

964 P2d 284

Bob Pangburn filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and John T. Bagg, Assistant Attorney General, filed the brief for respondent.

PER CURIAM

Warren, J., dissenting.

## PER CURIAM

Plaintiff, an inmate at the Snake River Correctional Institution, appeals the denial of his petition for a writ of habeas corpus. The issue that plaintiff raises is the same as the issue decided by this court in *Weidner v. Armenakis*, 154 Or App 12, 959 P2d 623 (1998), *withdrawn by order* July 17, 1998. On remand from the Supreme Court, we have withdrawn the opinion in *Weidner* because the case became moot while the appeal was pending. We now readopt and reaffirm our reasoning in *Weidner* and therefore affirm the trial court's denial of petitioner's petition for a writ of habeas corpus.

Affirmed.

**WARREN, J.,** dissenting.

I readopt the reasoning of my dissent in *Weidner v. Armenakis*, 154 Or App 12, 959 P2d 623 (1998), *withdrawn by order* July 17, 1998.

Edmonds, Armstrong and Wollheim, JJ., join in this dissent.